## United States District Court for the Northern District of Illinois

Case Number: 08cv912              Assigned/Issued By: j. n.

Judge Name: bucklo             Designated Magistrate Judge: denlow

---

### FEE INFORMATION

*Amount Due:*  ☑ $350.00    ☐ $39.00    ☐ $5.00
             ☐ IFP        ☐ No Fee    ☐ Other _____
             ☐ $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350              Receipt #: 2536454

Date Payment Rec'd: 2-13-08        Fiscal Clerk: j. n.

---

### ISSUANCES

☑ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____
                                       _____
☐ Citation to Discover Assets          (Victim, Against and $ Amount)

☐ Writ _____
        (Type of Writ)

9  Original and  0  copies on  2-13-08  as to  all defendants
                                (Date)

---

C:\wpwin80\docket\feeinfo.frm    03/14/05