AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MIA LEWIS, on behalf of SHAWN BOOKER, a minor, and PERRISH LEWIS,<br><br>Plaintiffs,<br><br>v.<br><br>OFFICER MATTHEWS #3698, OFFICER CIOCCI #12914, OFFICER MACIAS #5344, OFFICER CAMPAGNA #4222, OFFICER YOUNG #17931, OFFICER BORUM #11195, OFFICER GALLAS #17815, OFFICER CAPIAK #8766, and the CITY OF CHICAGO,<br><br>Defendants.<br><br>To:  Officer Campagna #4222<br>C/o Chicago Police Headquarters<br>3510 S. Michigan Ave.<br>Chicago, IL 60653 | SUMMONS IN A CIVIL CASE<br><br>No.   **08 C 912**<br><br>JUDGE         JUDGE BUCKLO<br>              MAGISTRATE JUDGE DENLOW<br>MAGISTRATE JUDGE |

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

> Blake Horwitz
> LAW OFFICES OF BLAKE HORWITZ, LTD.
> 155 N. Michigan, #723
> Chicago, IL  60601

an answer to the complaint which is herewith served upon you, _____20_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

Michael W. Dobbins, Clerk

*/s/ Paula Harrison*
(By) DEPUTY CLERK

February 13, 2008
Date



AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | Date 2/22/08 |
| NAME OF SERVER (PRINT) John Jamson | TITLE Arrow Messenger |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left Copies thereof at the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein

Name of Person with whom the summons and complaint were left: _____

☐ Return unexecuted: _____

☒ Other specify: Delivered via hand delivery to Chicago Police Headquarters, 3510 S. Michigan Ave Chicago, IL 60653

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct

Executed on 2/22/08
Date

Signature of Server  John R. Jamson

1322 W. Walton Chicago, IL. 60622
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.