AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

MIA LEWIS, on behalf of SHAWN BOOKER, a
minor, and PERRISH LEWIS,

      Plaintiffs,

      v.

OFFICER MATTHEWS #3698, OFFICER CIOCCI
#12914, OFFICER MACIAS #5344, OFFICER
CAMPAGNA #4222, OFFICER YOUNG #17931,
OFFICER BORUM #11195, OFFICER GALLAS
#17815, OFFICER CAPIAK #8766, and the CITY
OF CHICAGO,

      Defendants.

**SUMMONS IN A CIVIL CASE**

No.

JUDGE

MAGISTRATE JUDGE

# 08 C 912

**JUDGE BUCKLO
MAGISTRATE JUDGE DENLOW**

To:  Officer Young #17931
C/o Chicago Police Headquarters
3510 S. Michigan Ave.
Chicago, IL 60653

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and
address)

      Blake Horwitz
      LAW OFFICES OF BLAKE HORWITZ, LTD.
      155 N. Michigan, #723
      Chicago, IL  60601

an answer to the complaint which is herewith served upon you, _____20_____ days after
service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by
default will be taken against you for the relief demanded in the complaint.  You must also file your
answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

**Michael W. Dobbins, Clerk**

*Paul A. Harrison*

(By) DEPUTY CLERK

**February 13, 2008**

Date

AO 440  (Rev. 05/00)  Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | Date 2/22/08 | |
| NAME OF SERVER (PRINT)  John Jamison | TITLE  Arrow Messenger | |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left Copies thereof at the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein

Name of Person with whom the summons and complaint were left:_____

☐ Return unexecuted: _____

☒ Other specify: Delivered via hand delivery to Chicago

Police Headquarters, 3510 S. Michigan Ave.

Chicago, IL 60653

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct

Executed on  2/22/08
_____
Date

Signature of Server

1322 W. Walton Chicago, IL 60622
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.