IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MIA LEWIS, on behalf of SHAWN BOOKER, a minor, and PERRISH LEWIS, <br><br>     Plaintiffs, <br><br>     v. <br><br> OFFICER MATTHEWS #3698, OFFICER CIOCCI #12914, OFFICER MACIAS #5344, OFFICER CAMPAGNA #4222, OFFICER YOUNG #17931, OFFICER BORUM #11195, OFFICER GALLAS #17815, OFFICER CAPIAK #8766, and the CITY OF CHICAGO, <br><br>     Defendants. | No. 08-CV-912 <br><br> JUDGE BUCKLO |

**NOTICE OF CHANGE OF FIRM NAME AND ADDRESS**

Please note that the new firm name, address, fax and telephone number for the Law Offices of Blake Horwitz, effective March 31, 2008, are as follows:

Horwitz, Richardson & Baker, LLC
20 S. Clark St., Suite 500
Chicago, Illinois 60603
Tel:  312-676-2100
Fax:  312-372-7076

This applies to all attorneys for the former Law Offices of Blake Horwitz, including Blake Horwitz, Amanda S. Yarusso, Erica E. Faaborg, Abbas B. Merchant, and Tali K. Albukerk.

**CERTIFICATE OF SERVICE**

I hereby certify that on April 2, 2008, pursuant to Fed.R.Civ.P. 5 and the Northern District of Illinois's General Order on Electronic Case Filing, sec. XI, I caused the following documents:

NOTICE OF CHANGE OF FIRM NAME AND ADDRESS

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an enotice of the electronic filing to the following:

Blake Wolfe Horwitz     lobh@att.net,bwhorwitz@att.net

2

Jonathan Clark Green     jonathangreen@cityofchicago.org,lw09439@cityofchicago.org

Abbas Badruddin Merchant     abbas.lobh@gmail.com,lobh@att.net

Erica E. Faaborg     erica.lobh@gmail.com

                                   s/ Blake Horwitz_____  
                                   Blake Horwitz  
                                   Horwitz, Richardson and Baker, LLC  
                                   20 S. Clark St., Suite 500  
                                   Chicago, Illinois 60603  
                                   Tel:  312-676-2100  
                                   Fax:  312-372-7076