## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

<u>Lewis, et al. v. Matthews, et al.</u>                    Case Number:    **08 C 912**

Judge Bucklo

Magistrate Judge Denlow


AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

City of Chicago


| |
|---|
| NAME (Type or print)<br>Diane S. Cohen |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>/s/ Diane S. Cohen |
| FIRM    City of Chicago Department of Law |
| STREET ADDRESS<br>30 N. LaSalle, 10th Fl. |
| CITY/STATE/ZIP<br>Chicago, IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6199493 | TELEPHONE NUMBER<br>312-744-2836 |
|---|---|

| |
|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?        YES X    NO |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?        YES        NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?        YES X NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES X NO |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ |