IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MIA LEWIS, on behalf of SHAWN BOOKER, a minor , and PERRISH LEWIS, ) ) ) | ) No. 08 C 912 |
| Plaintiffs, ) | ) |
| ) | ) Judge Bucklo |
| v. ) | ) |
| ) | ) Magistrate Judge Denlow |
| OFFICER MATHEWS #3698,OFFICER CIOCCI #12914, OFFICER MACIAS #5344, OFFICER CAMPAGNA #4222, OFFICER YOUNG #17931, OFFICER BORUM #11195,  OFFICER GALLAS #17815, OFFICER CAPIAK  #8766, and the CITY OF CHICAGO, ) ) ) ) ) ) | |
| Defendants. ) | |

**DEFENDANTS' JOINT MOTION FOR EXTENSION OF TIME TO
ANSWER OR OTHERWISE PLEAD.**

Defendant City of Chicago, by its attorney, MARA S. GEORGES, Corporation Counsel of the City of Chicago, and defendants Matthews, Ciocci, Campagna, Young, Borum, Gallas and Capiak, by their attorney, Jonathan Green, Senior Corporation Counsel of the City of Chicago, move for an extension of time until May 15, 2008, to answer or otherwise plead to plaintiffs' complaint. In support of this motion, defendants states as follows:

1. Plaintiffs filed their complaint on or about February 13, 2008. Defendant City of Chicago was served with plaintiffs' complaint on or about February 22, 2008. The individual defendants Matthews, Ciocci, Campagna, Young, Borum, Gallas and Capiak were served on various dates between March 27 and April 2, 2008. On March 28, 2008, the Court gave Defendant City of Chicago until April 25, 2008 to answer or otherwise plead. The defendant officers' answers were due on various dates between April 16 and April 22, 2008.[1]

2. More time is needed to properly respond to the allegations of plaintiffs' complaint. For example, Defendants are still awaiting documents that may assist in answering

---

[1] The individual defendants therefore move instanter for extension of time to answer or otherwise plead.

plaintiffs' complaint or other pleading.  Furthermore, given the number of individual defendants, their counsel needs additional time to meet with them to prepare their respective responses.

3. In the meantime, along with working on responding to the complaint, defendants will begin working on preparation of Rule 26 disclosures.

4. This motion will not prejudice any party and is not for any improper purpose or delay.

5. Finally, the Court has set a status report due date of May 1, 2008, and a status hearing date of May 6, 2008.  It may be prudent to change these dates until a date after these answers or other pleadings are due, which is also a time when defendants will have more information pertaining to the allegations of plaintiffs' complaint.

**WHEREFORE**, defendants respectfully request that they be given an extension of time until May 15, 2008, to answer or otherwise plead in response to plaintiffs' complaint and that the status report due date and hearing date be rescheduled until after that date.

Respectfully submitted,

MARA S. GEORGES
Corporation Counsel
City of Chicago

BY: /s/ Kathleen D. Manion
KATHLEEN D. MANION
DIANE S. COHEN
Assistants Corporation Counsel

30 N. LaSalle, Ste. 1020
Chicago, Illinois  60602
(312) 742-9866/4-2836

BY: /s/ Jonathan Green
JONATHAN GREEN
Senior Assistant Corporation Counsel

30 N. LaSalle, Ste. 1400
Chicago, Illinois  60602
(312) 744-0226

**CERTIFICATE OF SERVICE**

      I, Kathleen D. Manion, an attorney, hereby certify that I caused true and correct copies of the above and foregoing **Notice of Motion** and **Defendants' Joint Motion for Extension of Time to Answer or Otherwise Plead** to be sent via electronic filing delivery this 24th day of April, 2008, to:

Blake Horwitz
20 South Clark Street, Ste. 500
Chicago, Illinois 60603

    /s/ Kathleen D. Manion
    KATHLEEN D. MANION
    Assistant Corporation Counsel