IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MIA LEWIS, on behalf of SHAWN BOOKER, a minor , and PERRISH LEWIS,   )<br>)<br>)<br>Plaintiffs,   )<br>)<br>v.   )<br>)<br>OFFICER MATHEWS #3698,OFFICER CIOCCI  )<br>#12914, OFFICER CAMPAGNA #4222, OFFICER)<br>YOUNG #17931, OFFICER BORUM #11195,   )<br>OFFICER GALLAS #17815, OFFICER CAPIAK   )<br>#8766, and the CITY OF CHICAGO,   )<br>)<br>Defendants.   ) | No. 08 C 912<br><br>Judge Bucklo<br><br>Magistrate Judge Denlow |

**NOTICE OF MOTION**

**TO**:  See Certificate of Service

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the following **DEFENDANTS' JOINT MOTION FOR EXTENSION OF TIME.**

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Bucko, or before such other judge sitting in her place, on the 29th day of April 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, and then and there present the attached motion.

**DATED**: APRIL 24, 2008

    Respectfully submitted,

    MARA S. GEORGES
    Corporation Counsel
    City of Chicago

BY:    /s/ DIANE S. COHEN
    DIANE S. COHEN
    Assistants Corporation Counsel

30 N. LaSalle, Ste. 1020
Chicago, Illinois  60602
(312) 744-2836