IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MIA LEWIS, et. al., | ) | |
| | ) | No. 08 C 912 |
| Plaintiffs, | ) | |
| | ) | Judge Bucklo |
| v. | ) | |
| | ) | Magistrate Judge Denlow |
| OFFICER MATHEWS, et al., | ) | |
| | ) | Jury Demand |
| Defendants. | ) | |

**NOTICE OF FILING**

TO:   Blake Horwitz
      Horwitz Richardson & Baker, LLC
      20 South Clark Street, Ste. 500
      Chicago, IL 60603

**PLEASE TAKE NOTICE** that on this 15 day of May 2008, I have caused to be e-filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division **DEFENDANTS' ANSWER, 12(b)(6) DEFENSES, AFFIRMATIVE DEFENSES AND JURY DEMAND**, a copy of which is herewith served upon you.

**Respectfully submitted,**

/s/ Kathleen D. Manion
KATHLEEN D. MANION
Assistant Corporation Counsel

30 N. LaSalle, Ste. 1020
Chicago, Illinois  60602
(312) 742-9866
Atty. No. 6286785