UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Mia Lewis, et al.
                Plaintiff,

v.                              Case No.: 1:08−cv−00912
                                        Honorable Elaine E. Bucklo

Officer Matthews, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, May 23, 2008:

      MINUTE entry before the Honorable Elaine E. Bucklo: Scheduling conference held. All fact discovery to be commenced in time to be completed by 12/31/2008. All dispositive motions to be filed by 4/30/2009. Parties to file final joint pretrial order by 7/20/2009. Status hearing set for 7/30/2008 at 9:30a.m.Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.