### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| MIA LEWIS, on behalf of SHAWN BOOKER, a minor, and PERRISH LEWIS, ) ) ) Plaintiffs, ) ) v. ) ) OFFICER MATHEWS #3698, OFFICER CIOCCI #12914, OFFICER CAMPAGNA #4222, OFFICER YOUNG #17931, OFFICER BORUM #11195, OFFICER GALLAS #17815, OFFICER CAPIAK #8766, and the CITY OF CHICAGO, ) ) Defendants. ) | No. 08 C 912<br><br>Judge Bucklo<br><br>Magistrate Judge Denlow |

## MOTION TO WITHDRAW APPEARANCE

Defendant City of Chicago, by its attorney Mara S. Georges, Corporation Counsel of the City of Chicago, moves to withdraw the appearance of counsel Diane Cohen on behalf of the City.

1. Currently, the undersigned, Diane Cohen, Senior Assistant Corporation Counsel, along with Kathleen Manion, Assistant Corporation Counsel, have filed appearances in this matter on behalf of Defendant City of Chicago.

2. The undersigned moves to withdraw her appearance because she has assumed other job duties and responsibilities for the City of Chicago Department of Law. Ms. Manion will remain as counsel for the City in this matter.

**WHEREFORE**, Defendant City respectfully requests that this Court grant its motion to withdraw the appearance of Diane Cohen in this matter.

**DATED: MAY 23, 2008**

                                      Respectfully submitted,

                                      MARA S. GEORGES
                                      Corporation Counsel

                          By:    /s/ Diane S. Cohen
                                      Diane S. Cohen
                                      Senior Counsel

30 N. La Salle, Ste. 1020
Chicago, Illinois 60602
(312) 744-2836

**CERTIFICATE OF SERVICE**

I, Diane Cohen, an attorney, hereby certify that I served pursuant to Local Rule 5.9 of the U.S. District Court for the Northern District of Illinois, Eastern Division's General Order on Electronic Case Filing, Defendant's Motion to Withdraw, on May 23, 2008, to:

Blake Horwitz
Abbas Merchant
Horwitz, Richardson & Baker, LLC
20 S. Clark, Ste. 500
Chicago, IL 60603

and

Jonathan Greene
Kathleen Manion
30 N. LaSalle
Chicago, IL 60602

By: /s/Diane Cohen
DIANE COHEN