IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MIA LEWIS, on behalf of SHAWN BOOKER, a minor , and PERRISH LEWIS,  )<br>)<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>OFFICER MATHEWS #3698, OFFICER CIOCCI )<br>#12914, OFFICER CAMPAGNA #4222, OFFICER)<br>YOUNG #17931, OFFICER BORUM #11195,  )<br>OFFICER GALLAS #17815, OFFICER CAPIAK  )<br>#8766, and the CITY OF CHICAGO,  )<br>)<br>Defendants.  ) | No. 08 C 912<br><br>Judge Bucklo<br><br>Magistrate Judge Denlow |

**NOTICE MOTION**

**TO**:  See Certificate of Service

    **PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the following **DEFENDANT CITY'S MOTION TO WITHDRAW APPEARANCE.**

    **PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Bucklo, or before such other judge sitting in her place, on the 29th day of May 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, and then and there present the attached motion.

**DATED**: MAY 23, 2008

                                                         /S/Diane S. Cohen
                                                        DIANE S. COHEN
                                                        Senior Counsel

30 N. LaSalle, Ste. 1020
Chicago, Illinois  60602
312/744-2836