## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Elaine E. Bucklo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 912 | **DATE** | 5/28/2008 |
| **CASE TITLE** | Lewis vs. Mathews, et al. | | |

**DOCKET ENTRY TEXT**

Defendant City of Chicago's motion for leave to withdraw appearance of Diane Cohen is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | MPJ |
|---|---|---|