IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MIA LEWIS, on behalf of SHAWN BOOKER, a minor, and PERRISH LEWIS,<br><br>    Plaintiffs,<br><br>    vs.<br><br>P.O. MATTHEWS #3698,<br>P.O. CIOCCI #12914, P.O. MACIAS #5344,<br>P.O. CAMPAGNA #4222, P.O. YOUNG #17931, P.O. BORUM #11195, P.O. GALLAS #17815, P.O. CAPIAK #8766  and CITY OF CHICAGO,<br><br>    Defendant(s). | No. 08-cv-912<br><br>JUDGE Bucklo<br><br>MAGISTRATE JUDGE |

## MOTION TO WITHDRAW AS COUNSEL

NOW COME Counsels for Plaintiffs, MIA LEWIS, on behalf of SHAWN BOOKER, a minor, and PERISH LEWIS, Abbas Merchant, Blake Horwitz, and Erica Faaborg of Horwitz, Richardson & Baker, LLC, and hereby respectfully request this Court to allow Counsels to withdraw their appearance for the Plaintiff, PERISH LEWIS.  In support, Counsel states the following:

1. Abbas Merchant, Blake Horwitz, and Erica Faaborg of Horwitz, Richardson & Baker, LLC filed their appearance in this action on behalf of Plaintiffs, MIA LEWIS, on behalf of SHAWN BOOKER, a minor, and PERISH LEWIS.

2. Plaintiffs' counsel has settled the claims filed by MIA LEWIS, on behalf of SHAWN BOOKER, a minor. Plaintiffs' counsel, howver, has been unable to communicate with PERISH LEWIS, despite numerous attempts personally and through his family, consequently, Plaintiffs' counsel cannot proceed to litigate this case on his behalf.

3. This motion is not brought for dilatory purposes or to prejudice any of the parties, and Defendants do not oppose this motion.

WHEREFORE Counsels for Plaintiffs, MIA LEWIS, on behalf of SHAWN BOOKER, a minor, and PERISH LEWIS, Abbas Merchant, Blake Horwitz, and Erica Faaborg of Horwitz, Richardson & Baker, LLC, pray this Court grant their motion to withdraw as counsel for Plaintiff PERISH LEWIS.

Respectfully Submitted,

s/ Blake Horwitz
s/ Abbas Merchant
s/Erica Faaborg
Attorneys for Plaintiff

Horwitz, Richardson & Baker LLC
20 S. Clark Street, Suite 500
Chicago, IL 60603
Phone: (312) 676-2100
Fax: (312) 372-7076