IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MIA LEWIS, on behalf of SHAWN BOOKER, a minor, and PERRISH LEWIS, <br><br> Plaintiffs, <br><br> vs. <br><br> P.O. MATTHEWS #3698, P.O. CIOCCI #12914, P.O. MACIAS #5344, P.O. CAMPAGNA #4222, P.O. YOUNG #17931, P.O. BORUM #11195, P.O. GALLAS #17815, P.O. CAPIAK #8766 and CITY OF CHICAGO, <br><br> Defendant(s). | No. 08-cv-912 <br><br> JUDGE Bucklo <br><br> MAGISTRATE JUDGE |

## NOTICE OF MOTION

On July 30, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Bucklo at the Dirksen Building, 219 S. Dearborn, Chicago, Illinois and shall then and there present the attached Motion to Withdraw.

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2008, pursuant to Fed.R.Civ.P. 5 and the Northern District of Illinois's General Order on Electronic Case Filing, sec. XI, I caused the following documents:

NOTICE and PLAINTIFFS' COUNSELS' MOTION TO WITHDRAW

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an enotice of the electronic filing to the following:

| | |
|---|---|
| Blake Wolfe Horwitz | bhorwitz@hrbattorneys.com npeters@hrbattorneys.com lobh@att.net npeters@erlaw.net mpizarro@hrbattorneys.com mpizarro@erlaw.net |
| Jonathan Clark Green | jonathangreen@cityofchicago.org lw09439@cityofchicago.org |
| Diane S. Cohen | dcohen@cityofchicago.org |
| Abbas Badruddin Merchant | amerchant@hrbattorneys.com,lobh@att.net |

Kathleen Dolores Manion    kathleen.manion@cityofchicago.org

Erica E. Faaborg    efaaborg@hrbattorneys.com

NOTICE SENT VIA CERTIFIED US MAIL TO:

Perish Lewis
14503 S. Normal
Riverdale, IL 60627

s/ Blake Horwitz
s/ Abbas Merchant
s/Erica Faaborg
Attorneys for Plaintiff

Horwitz, Richardson & Baker LLC
20 S. Clark Street, Suite 500
Chicago, IL 60603
Phone: (312) 676-2100
Fax: (312) 372-7076