IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MIA LEWIS, on behalf of SHAWN BOOKER, a minor, and PERRISH LEWIS, <br><br> Plaintiff, <br><br> vs. <br><br> OFFICER MATHEWS #3698, OFFICER CIOCCI #12914, OFFICER MACIAS #5344, OFFICER CAMPAGNA #4222, OFFICER YOUNG #17931, OFFICER BORUM #1195, OFFICER GALAS #17815, OFFICER CAPIAK #8766 and the CITY OF CHICAGO, <br><br> Defendants. | No. 08 C 912 <br><br> Judge Bucklo <br><br> Magistrate Judge Denlow |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

Respectfully submitted,

**Horwitz, Richardson & Baker**

By: _[signature]_
Printed Name: ERICA FAABORG
Attorneys for Plaintiffs,
Mia Lewis, on behalf of Shawn Booker,
a minor, and Perrish Lewis
20 South Clark Street, Suite 500
Chicago, Illinois 60603
(312) 676-2100
Attorney No. 44561
DATE: 9-10-08

_[signature]_
Jonathan Clark Green
**Senior Assistant Corporation Counsel**
Attorney for Defendants,
Haven Matthews, Vincent Ciocci, Alfonso
Macias, James Campagna, Kenneth Young,
Darren E. Borum, Robert Gallas, Robert
Capiak and the City of Chicago
30 North LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 744-0226
Attorney No. 06193934
DATE: 9/11/08

08 C 912