IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MIA LEWIS, on behalf of SHAWN BOOKER, a minor, and PERRISH LEWIS,<br><br>Plaintiff,<br><br>vs.<br><br>OFFICER MATHEWS #3698, OFFICER CIOCCI #12914, OFFICER MACIAS #5344, OFFICER CAMPAGNA #4222, OFFICER YOUNG #17931, OFFICER BORUM #1195, OFFICER GALAS #17815, OFFICER CAPIAK #8766 and the CITY OF CHICAGO,<br><br>Defendants. | No. 08 C 912<br><br>Judge Bucklo<br><br>Magistrate Judge Denlow |

## AGREED ORDER OF DISMISSAL

This matter coming before the Court on the Stipulation of the parties, the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, Plaintiffs, Mia Lewis, on behalf of Shawn Booker, a minor, and Perrish Lewis, by their attorneys Horwitz, Richardson & Baker, and Defendants, City of Chicago, Haven Matthews, Vincent Ciocci, Alfonso Macias, James Campagna, Kenneth Young, Darren E. Borum, Robert Gallas and Robert Capiak, by one of their attorneys, Jonathan Clark Green, Senior Assistant Corporation Counsel of the City of Chicago, and the parties having entered into a Release and Settlement Agreement and Stipulation to Dismiss, the Court, after reviewing the terms of the Release and Settlement Agreement, finding it to be fair and reasonable, further finding that Plaintiff Mia Lewis is a competent and appropriate guardian to represent the best interests of her minor son named in the Release and Settlement Agreement filed in this matter, Shawn Booker, for effectuating the settlement and release of that minor's settled claims and this lawsuit pursuant to that Release and Settlement Agreement, and being otherwise fully advised in the premises, hereby orders as follows:

1. Mia Lewis is hereby appointed guardian ad litem for her minor son Shawn Booker, pursuant to the Release and Settlement Agreement, to effectuate the terms of that Release and Settlement Agreement.

2. All of the claims of Plaintiffs, Mia Lewis, on behalf of Shawn Booker, a minor, and Perrish Lewis against Defendants, City of Chicago, Haven Matthews, Vincent Ciocci, Alfonso Macias, James Campagna, Kenneth Young, Darren E. Borum, Robert Gallas and Robert Capiak, are dismissed with prejudice and with each side bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement.

ENTER:_____
The Honorable Elaine E. Bucklo
United States District Judge

DATED:___9/11/08